UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

DE ANN WIESNER AND K.W.,

Plaintiffs,

v.

NANCY A. BERRYHILL, Deputy Commissioner for Operations, performing the duties and functions not reserved to the Commissioner of Social Security,

Defendant.

Case No. 3:17-cv-00704-MMD-CBC

ORDER ACCEPTING REPORT AND RECOMMENDATION

Before the Court is Magistrate Judge Carla Baldwin Carry's Report and Recommendation ("R&R") (ECF No. 21), regarding Defendant Nancy A. Berryhill's motion to dismiss (ECF No. 12) as well as Plaintiffs De Ann Wiesner and K.W.'s motion to disqualify Nevada district court judges (ECF No. 16) and motion for summary judgment (ECF No. 17). Judge Carry entered the R&R on October 10, 2018. The Court allowed objections to be filed by October 24, 2018. (ECF No. 21.) To date, no objections have been filed.

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." *Id.* Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject

of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna-Tapia* as adopting the view that district courts are not required to review "any issue that is not the subject of an objection"). Thus, if there is no objection to a magistrate judge's recommendation, then the court may accept the recommendation without review. *See, e.g.*, *Johnstone*, 263 F. Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to which no objection was filed).

Nevertheless, this Court finds it appropriate to engage in a *de novo* review in order to determine whether to adopt the R&R. In the R&R, Judge Carry found that Plaintiffs' claim regarding the denial of social security benefits is not yet ripe for review. (ECF No. 21 at 4.) Upon review of the R&R and the record in this case, the Court determines that it is appropriate to adopt the R&R in full.

It is hereby ordered that the R&R (ECF No. 21) is accepted and adopted. Defendant's motion to dismiss (ECF No. 12) is granted. Plaintiff's motion for summary judgment (ECF No. 17) and motion to disqualify judges (ECF No. 16) are denied as moot.

The Clerk is directed to enter judgment accordingly and close this case.

DATED THIS 26th day of October 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE